UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel LOU MARTIN d.b.a. L. T. ELECTRIC,<br><br>Plaintiff,<br><br>v.<br><br>K.O.O. CONSTRUCTION, INC., et al.,<br><br>Defendants. | Case No. 1:15-cv-01163----BAM<br><br>**ORDER TO SHOW CAUSE** |

On September 1, 2015, this Court issued an order requiring the parties attend a telephonic status conference set for September 22, 2015, at 9:30 a.m. before the undersigned. (Doc. 15.) On September 22, 2015, counsel for Plaintiff United States of America ex rel Lou Martin d.b.a. L. T. Electric and counsel for Defendant K.O.O. Construction, Inc. appeared telephonically for the status conference. However, counsel for Defendant Travelers Casualty and Surety Company of America failed to appear. The status conference therefore proceeded without necessary input from Defendant Travelers Casualty and Surety Company of America.

Accordingly, counsel for Defendant Travelers Casualty and Surety Company of America is ORDERED TO SHOW CAUSE why this Court should not impose sanctions for the failure to appear at the telephonic status conference. Counsel shall respond to this Order to Show Cause, in

///

writing, no later than **Friday, September 25, 2015**.  Failure to respond to this Order to Show Cause may result in the imposition of sanctions.

IT IS SO ORDERED.

   Dated:   **September 22, 2015**          /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE