**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel LOU MARTIN d.b.a. L. T. ELECTRIC, <br><br> Plaintiff, <br><br> v. <br><br> K.O.O. CONSTRUCTION, INC., et al., <br><br> Defendants. | Case No.  1:15-cv-01163----BAM <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** <br><br> (Doc. 19) |

On September 1, 2015, this Court issued an order requiring the parties attend a telephonic status conference set for September 22, 2015, at 9:30 a.m. before the undersigned. (Doc. 15.)  On September 22, 2015, counsel for Plaintiff United States of America ex rel Lou Martin d.b.a. L. T. Electric and counsel for Defendant K.O.O. Construction, Inc. appeared telephonically for the status conference.  However, counsel for Defendant Travelers Casualty and Surety Company of America ("Travelers") failed to appear.  Accordingly, the Court issued an order directing counsel for Travelers to show cause why sanctions should not be imposed for the failure to appear. (Doc. 19.)

On September 23, 2015, Andrew G. Guess, counsel for Travelers, filed a response to the Court's order to show cause.  According to the declaration of Mr. Guess, he is a first year associate and was assigned to attend the scheduling conference for lead attorney Michael

1

Timpane. Although Mr. Guess confirmed that the conference call was on both the firm's calendaring system and his personal electronic calendar, Mr. Guess failed to check either of these calendars on September 22, 2015. He also neglected to activate the electronic meeting notifications feature on his personal calendaring device. After conclusion of the telephonic status conference, Mr. Guess realized his error and immediately called the Clerk of the Court. He also contacted counsel for defense. Mr. Guess declares that steps have been taken, including a revised calendaring system, to ensure that a similar error does not occur in the future. (Doc. 20.)

Having considered counsel's response, the Court's Order to Show Cause issued on September 22, 2015, is HEREBY DISCHARGED and no sanctions will be imposed.

IT IS SO ORDERED.

Dated:   **September 24, 2015**              /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE