# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel LOU MARTIN d.b.a. L.T. ELECTRIC,<br><br>Plaintiff,<br><br>v.<br><br>K.O.O. CONSTRUCTION, INC., a California Corporation; TRAVELERS CASUALTY ANDS URETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1-20, inclusive.<br><br>Defendants. | Case No. 1:15-cv-1163-BAM<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>Date:        January 21, 2016<br>Time:        9:00AM<br>Courtroom: Department 8<br>Judge:       Hon. Barbara A. McAuliffe<br><br>DIRECTING THE PARTIES TO SUBMIT STATUS REPORT<br><br>STATUS REPORT DUE: January 14, 2016 |

Plaintiff, Lou Martin, an individual d.b.a. L. T. ELECTRIC ("Plaintiff") initiated this action on July 24, 2015. Plaintiff alleges that on or about April 15, 2013, Defendant K.O.O. Construction, Inc. entered into a written subcontract with Plaintiff L. T. Electric to perform certain electrical work on a public work of improvement known as Mental Health Programs Building, VA CCHCS, Fresno, CA., Department of Veterans Affairs ("VA"), Contract No. VA261-C-0528 in exchange for payment of $438,524.00 subject to changes for additional, changed, or deleted work. Thereafter, the Subcontract was amended by approved change orders which increased the amount due under the Subcontract to a total price of $494,252.76. Plaintiff

also has an outstanding change order request in the amount of $32,500.00 for construction interruptions and delays that remains unpaid, for a total price of $526,752.76. Defendant K.O.O. as principal, and Defendant Travelers, as surety, executed and delivered payment bond Payment Bond No. 063-SB-105197664 to the United States guaranteeing the payment to all persons supplying labor and materials in the prosecution of the work provided for in Contract No. VA261-C-0528 under the provisions of 40 U.S.C. §§ 3131 – 3133. Between April 15, 2013 and May 21, 2014, Plaintiff furnished labor, material, services or equipment, or a combination of these pursuant to the subcontract. Defendant K.O.O. has paid Plaintiff $444,827.48, leaving an unpaid amount now due and owing of $81,925.28. Plaintiff asserts causes of action against Defendant K.O.O. and Defendant Travelers on the Miller Act Payment Bond, and against Defendant K.O.O for Breach of Contract, and Unjust Enrichment Plaintiff seeks recovery of the unpaid $81,925.28, for penalty interest, attorney fees, and costs of suit.

On November 23, 2015, the Court held a status conference to discuss the status of the case. Counsel explained that the outcome of this suit is largely dependent upon action/comment from the Veterans Affairs Administration.  The dispute centers on correction of a breaker.  The Plaintiff and the Defendant and the VA, as owner of the project, cannot come to terms on correction of the problem and payment for the correction.  This case cannot be resolved without input from the VA as to the correction.  Thus, in order for the parties to receive a full and fair opportunity to conduct discovery in this case and otherwise litigate this claim for relief, the parties need additional time to communicate with the VA.

Accordingly, it is **HEREBY ORDERED** that:

1. Counsel for L.T. Electric and K.O.O. are directed to meet and confer and communicate in writing to the VA outlining their collective positions on this contract dispute and request a timely response, should be submitted to the Veterans Administration by December 11, 2015;

2. The Court finds that proceeding in this action without a position from the VA would waste judicial resources and compromise the substantive or procedural rights of the parties.

3. On or before January 14, 2016, Plaintiff and Defendants SHALL file a Joint Status Report detailing the Veterans Administration's response to the parties' joint letter;

4. The Court **SETS** a Status Conference for **January 21, 2016, at 9:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe**. At the conference, Counsel should be prepared to discuss the status of the dispute in light of the VA's response.

IT IS SO ORDERED.

Dated: **November 24, 2015**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE