UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel LOU MARTIN d.b.a. L.T. ELECTRIC,<br><br>Plaintiff,<br><br>v.<br><br>K.O.O. CONSTRUCTION, INC., a California Corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 1:15-cv-1163 BAM<br><br>ORDER OF DISMISSAL |

On March 15, 2016, Plaintiff United States of America ex rel Lou Martin d/b/a L. T. Electric and Defendants K.O.O. Construction, Inc. and Travelers Casualty and Surety Company of America filed a stipulation to dismiss this action with prejudice, and further stipulated that each party would bear its own fees and costs. (Doc. 32).

Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. Each party will bear its own fees and costs. The clerk of the Court is directed to close this case as this order terminates this case in its entirety.

IT IS SO ORDERED.

Dated: **March 21, 2016**                    /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE

1